

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2015

No. 04-15-00496-CV

**ASA GROUP, LTD.**,
Appellant

v.

**THE UNITED INDEPENDENT SCHOOL DISTRICT** and The Laredo Community College,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2014-TXA-000750-D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

A filing fee of $195.00 was due when this appeal was filed but it was not paid. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013). The clerk of the court notified appellant of this deficiency in a letter dated August 7, 2015. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

We therefore **order** appellant, **not later than September 14, 2015** to either (1) pay the applicable filing fee or (2) provide written proof to this court that he it is excused from paying the fee. If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

_____

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2015.



_____

Keith E. Hottle

Clerk of Court